# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 3:17-CR-298 |
| | : |
| v. | : (Judge Mariani) |
| | : |
| **NELSON MARTIN** | : (Electronically Filed) |

## ORDER

AND NOW, this _____ day of _____, 2021, for the reasons stated in the Motion for Revocation Hearing and Sentencing to Be Conducted via Video Conferencing, IT IS HEREBY ORDERED and DECREED that the Motion is GRANTED.

The Revocation Hearing and Sentencing will be held on the _____ day of _____, 2021 via video conferencing.

BY THE COURT

_____
**Robert D. Mariani**
**United States District Judge**